IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:04CR384 |
| v. | ) | |
| JEROME BASS, | ) | ORDER |
| Defendant. | ) | |

In light of the opinion of the Eighth Circuit Court of Appeals, Filing No. 216, and corresponding Judgment (Filing No. 217), the status hearing scheduled before this court on September 23, 2011, is unnecessary and hereby canceled.

DATED this 19th day of September, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge